# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

ROBERTO PARRA RODELES,

              **Plaintiff,**

         **v.**                          **Civil No.  07-1345-AA**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, WILLIAM D.
McNAMEE, PORTLAND DISTRICT
DIRECTOR and EMILIO GONZALEZ,
DIRECTOR; DEPARTMENT OF HOMELAND
SECURITY, MICHAEL CHERTOFF,
SECRETARY; and DEPARTMENT OF
JUSTICE, ALBERTO GONZALES, UNITED
STATES ATTORNEY GENERAL,s

              **Defendants.**

---

## JUDGMENT

This matter is remanded to the United States Citizenship & Immigration Services with

instructions to adjudicate the plaintiff's application for naturalization at the conclusion of

plaintiff's removal proceedings.

Dated: February _____ , 2008.

_____
         **United States District Judge**

**JUDGMENT**                       **DOCUMENT NO:** _____